IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSE PINTO, | : | CIVIL ACTION |
| | : | NO. 22-3991 |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| ST. PAUL FIRE & MARINE | : | |
| INS. CO., et al., | : | |
| | : | |
| Defendants. | : | |

### ORDER

**AND NOW,** this **26th** day of **May, 2023,** after considering Defendants' Motion to Transfer or Dismiss for Lack of Personal Jurisdiction (ECF No. 30) and Motion for Judgment on the Pleadings (ECF No. 31), it is hereby **ORDERED** that Defendant's Motion to Transfer or Dismiss for Lack of Personal Jurisdiction (ECF No. 30) is **GRANTED**. The Clerk of Court is directed to transfer this action to the United States District Court for the District Court of New Jersey forthwith. It is further **ORDERED** that Defendant's Motion for Judgment on the Pleadings (ECF No. 31) is **DENIED as moot.** It is further **ORDERED** that Defendant's Motions for Leave to File Replies (ECF Nos. 40 & 41) are **GRANTED** and the Reply Briefs shall be deemed **FILED.**

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**